

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Gary Dean Campbell,

Vs. No. 11-22-00033-CR

The State of Texas,

\* From the 142nd District Court
of Midland County,
Trial Court No. CR48731.

\* April 20, 2023

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below.  Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.